**Millie M. WILSON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

No. 68691.

Missouri Court of Appeals, Eastern District, Division One.

April 30, 1996.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General and David G. Brown, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of her Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We affirm.

The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).